IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER JAMES NETTLES, ) | |
| AIS # 337375 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:25-cv-00797-RAH |
| ) | |
| ROLANDA CALLOWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 19, 2025, the Magistrate Judge recommended dismissal of this case, without prejudice, because Plaintiff had failed to abide by the Magistrate Judge's order that he pay an initial filing fee of $79.50 by November 18, 2025. (*See* Doc. 5.) Objections to the Recommendation were due to be filed on or before January 5, 2026. To date, Plaintiff has not filed any objections, or otherwise responded.

When a party objects to a magistrate judge's report and recommendation, the district court must review the disputed portions *de novo*. 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). *De novo* review requires that the district court independently consider factual issues based on the record. *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990); *see also United States v. Gopie,* 347 F. App'x 495, 499 n.1 (11th Cir. 2009). However, when a party does not object, a report and recommendation is reviewed for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 783–85 (11th Cir. 2006).

Because no objections have been filed here, the Magistrate Judge's Recommendation is reviewed for clear error only. Having done that, this Court finds no error in the Magistrate Judge's order recommending dismissal of the case without prejudice for failure to comply with an order of the court. Plaintiff's failure to object or otherwise respond to the Recommendation evidences his tacit acknowledgment to the dismissal of this case.

Accordingly, and for good cause, it is **ORDERED** as follows:

1. The Recommendation (doc. 5) of the Magistrate Judge is **ADOPTED**;
2. The case is **DISMISSED** without prejudice; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 20th day of January 2026.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE